**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>GORDON ROY PARKER, a/k/a "Ray Gordon" d/b/a Snodgrass Publishing Group | COURT CASE NUMBER<br>16-cv-4786 |
| DEFENDANT<br>PAYPAL, INC., et al | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Custom CD, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
See Special Instructions

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gordon Roy Parker
4247 Locust Street
Suite 119
Philadelphia, PA 19104

FILED
NOV 22 2016
LUCY V. CHIN

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Custom CD, Inc. may be served through their registered agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

RECEIVED OCT 31 P 3 US MARSHALS SVC WILMINGTON

Signature of Attorney other Originator requesting service on behalf of:
Go ^ R Pr

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 267-423-1405

DATE: 9/29/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6d | District to Serve<br>No. OK | Signature of Authorized USMS Deputy or Clerk | Date<br>10/27/16 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
LYNANNE GARES, LITIGATION MGMT

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 11-10-16    Time: 1000 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 5.94 | 8.00 | 78.94 | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-4786

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Custom CD__

was received by me on *(date)* __11-7-16__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __LYNANNE GATES__, who is designated by law to accept service of process on behalf of *(name of organization)* ~~Custom CD~~ __CSC__ on *(date)* __11-10-16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __5.94__ for travel and $ __65.00__ for services, for a total of $ __78.94__ .
$ 8.00 FORWARDING

I declare under penalty of perjury that this information is true.

Date: __11-10-16__

_____
Server's signature

__HENDERSON BUSIN__
Printed name and title

__844 KING ST, WILMINGTON DE 19801__
Server's address

Additional information regarding attempted service, etc: