IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 16-4786 |
| v. | : | |
| | : | |
| **PAYPAL, INC.**, *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 8th day of March 2017, in light of the *joint motion to dismiss plaintiff's second amended complaint* filed by Defendants Payloadz, Inc. ("Payloadz") and Shannon Sofield ("Sofield"), [ECF 49], it hereby **ORDERED** that the *motion to dismiss plaintiff's amended complaint*, [ECF 15], jointly filed by Defendants Payloadz and Sofield is **DENIED** as **MOOT**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] On September 19, 2016, Plaintiff Gordon Roy Parker ("Plaintiff") filed a complaint against Defendants Paypal Inc., Amazon, Inc., d/b/a Amazon Web Services, Inc., Shannon Sofield, Payloadz, Inc., C2S, LLC d/b/a Click2Sell.eu, Hostagator.com, LLC, PUA Media Library, Inc., Custom CD, Inc., QUMU Corporation, loki.net@gmail.com a/k/a Sally Longer a/k/a Vladymyr Oleynyk, and John Does 1-1043, [ECF 3 ¶¶ 2-11], in which Plaintiff asserted claims for copyright infringement, unjust enrichment, racketeering, and civil conspiracy in relation to the alleged piracy and unlawful sale of his book "Outfoxing the Foxes: How to Seduce the Women of Your Dreams." On November 9, 2016, Plaintiff filed an amended complaint (the "Amended Complaint"), [ECF 6], which added Amazon Web Services, Inc., as a Defendant, and removed QUMU Corporation and John Does 1-1043 as defendants, and asserted claims for copyright infringement, violations of the Lanham Act, misappropriation of likeness, breach of contract, and tortious interference. On November 25, 2016, Defendants Payloadz and Sofield filed a motion to dismiss. [ECF 15].

Notably, the docketed Amended Complaint, however, stops abruptly at page twenty-nine, and does not include the claim for unjust enrichment referenced in the caption of the Amended Complaint. On December 15, 2016, Plaintiff filed a *motion for leave to file an amended complaint*, [ECF 28], asserting that the Amended Complaint was meant to have thirty-one pages, instead of twenty-nine, and seeking leave to file the full 31-page complaint as a second amended complaint. On January 24, 2017, this Court granted Plaintiff's motion for leave. [ECF 46]. Because the 31-page Second Amended Complaint was the complaint actually served on Defendants on November 9, 2016, and to which motions to dismiss were filed, this Court ordered that any pending motions to dismiss Plaintiff's Amended Complaint would be considered as if filed in response to the Second Amended Complaint. (*Id.* at 2). Despite this, Defendants Payloadz and Sofield choose to file a new motion to dismiss directed at Plaintiff's Second Amended Complaint. Because Defendants Payloadz and Sofield opted to file a new motion to dismiss the operative Second Amended Complaint, to which Plaintiff has filed a response, [ECF 58], the earlier-filed motion to dismiss is denied as moot.