Open ✓ Closed

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
UNITED STATES MARSHAL

2017 FEB -6 PM 12: 16

EASTERN DISTRICT

| PLAINTIFF  GORDON ROY PARKER, a/k/a "Ray Gordon" d/b/a Snodgrass Publishing Group | COURT CASE NUMBER  16-cv-4786 |
|---|---|
| DEFENDANT  PAYPAL, INC., et al | TYPE OF PROCESS  Summons and Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  PUA Media Library, Inc. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  See Special Instructions |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Gordon Roy Parker  4247 Locust Street  Suite 119  Philadelphia, PA 19104 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 12 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                  Fold

PUA Media Library must be served (during business hours) in care of:
California Secretary of State
1500 11th Street
Sacramento, CA 95814

| Signature of Attorney other Originator requesting service on behalf of:  *George Parker* | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  267-423-1405 | DATE  9/29/16 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. | District to Serve  No. 097 | Signature of Authorized USMS Deputy or Clerk  *M. M. 2-6-17* | Date  1/31/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☑ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)  Staci McElyea – Deputy Sec State | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date  2-33-17 | Time  12:05 | ☐ am  ☑ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee  65.00 | Total Mileage Charges including endeavors)  2.16 | Forwarding Fee  8.00 | Total Charges  73.16 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)  $0.00 |
|---|---|---|---|---|---|

REMARKS:

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13