**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GORDON ROY PARKER** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 16-4786** |
| **v.** | : | |
| | : | |
| **PAYPAL, INC.**, *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 16th day of August 2017, upon consideration of the *motion to dismiss* filed by Defendants Amazon.com, Inc., and Amazon Web Services, Inc., ("Moving Defendants"), [ECF 38], the response in opposition filed by Plaintiff Gordon Roy Parker ("Plaintiff"), [ECF 42], Moving Defendants' reply, [ECF 65], and the allegations contained in Plaintiff's second amended complaint, [ECF 47], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Moving Defendants' motion to dismiss is **GRANTED**, and Moving Defendants are **DISMISSED**, with prejudice, from this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*