IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| GORDON ROY PARKER, a/k/a "Ray Gordon," d/b/a Snodgrass Publishing Group,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PAYPAL, INC., et al,<br><br>　　　　　　　　　Defendants | Case No:   16-cv-4786 |

### ORDER

AND NOW, this ___ day of _____, 2017, in consideration of **Plaintiff's Motion For Leave To File A Third Amended Complaint,** the motion is **granted**. Plaintiff shall be given ___ days from the date of this Order to file this pleading.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J.

## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,** a/k/a "Ray Gordon," d/b/a Snodgrass Publishing Group, <br><br> Plaintiff, <br> v. <br><br> **PAYPAL, INC.,** et al, <br><br> Defendants | **Case No:** 16-cv-4786 |

### MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

**Plaintiff** Gordon Roy Parker, in the above-styled action, hereby moves this Court for Leave to file a Third Amended Complaint. In support thereof, Plaintiff sets forth the following:

1. Since the filing of the Amended Complaint, sufficient new evidence and changes in parties warrant amendment to the Complaint which reflects this. However, because Defendants Amazon/AWS have been dismissed, and a motion for reconsideration, and because other clarity would be preferable, in the interest of judicial economy, Plaintiff has elected not to include a draft of the proposed Third Amended Complaint, because any complaint he would frame now would likely have to be amended again after the pending motions are ruled upon.

2. After protracted effort, Defendant "Loki" has been identified as Anthony Joseph Palumbo, of Hollywood, FL. A concurrent motion for substitution of parties has been filed.

3. The identification of Mr. Palumbo, and Defendant Shannon Sofield's interrogatories, indicate that Mr. Sofield and Payloadz appear to have been exploited by Mr. Palumbo and the mass-piracy ring known as the "Section Syndicate" or referred to by Plaintiff as the "Seduction Mafia." Mr. Sofield's answers to the expedited discovery do not completely rule out a greater level of involvement with the syndicate, but regular discovery would have to be

completed to make that determination. Moreover, Mr. Sofield and Payloadz would still be named for their role in renting the server space, and in reselling the pirated works, while also enabling payment processing, and marketing the works through the Payloadz store.

[   4.   While it is clear from the August 16, 2017 Order that the this Court believes the state-law claims are valid, any inclusion of these claims would be designed to preserve them for appeal.

5.   Plaintiff intends to add a civil-RICO claim to the Third Amended Complaint, based on the evidence revealed concerning Mr. Palumbo. The pleading of the existence of RICO-predicate acts is self-evident from the Amended Complaint, for conduct which this Court has held does not allow recovery under the Copyright Act, but which does allow recovery under RICO.

6.   Plaintiff is once again asserting a constitutional right as a *pro-se* litigant for post-dismissal leave to amend "one last time," consistent with precedent, except that he is arguing that the Courts should not have the discretion to deny such a motion.

WHEREFORE, for the reasons set forth hereinabove, the instant motion should be **granted**. An appropriate form of Order and Memorandum of Law in support are attached.

This the 22nd day of August, 2017.



Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA  19104
(215) 921-4592

## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,** a/k/a "Ray Gordon," d/b/a Snodgrass Publishing Group,<br><br>Plaintiff,<br>v.<br><br>**PAYPAL, INC.,** et al,<br><br>Defendants | **Case No:** 16-cv-4786 |

### MEMORANDUM OF LAW IN SUPPORT OF
### MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

**Plaintiff** Gordon Roy Parker, in the above-styled action, hereby submits this Memorandum of Law in support of the instant motion.

### BACKGROUND

This Complaint was filed in September, 2016, and has been amended twice since, the last time in December, 2016.

Substantial new evidence, and the identification of Defendant "Loki," loki.net@gmail.com, have clarified this action, and the roles of each Defendant. Leave to amend the Complaint to reflect these roles, and the dismissal of Defendants Amazon and AWS, as well as the ruling on the state-law claims.

Plaintiff has not attached a Third Amended Complaint because of the pending motions, and his inability to properly frame a Complaint that would not have to be amended almost immediately afterwards. In the interest of judicial economy, Plaintiff has chosen to wait for disposition of those motions, and will renew this motion if necessary at that time.

### II.   LEGAL STANDARD

A.  **LEAVE TO AMEND**

1.  **Rule 15a.**

Under Rule 15(a), a party may amend a pleading once as a matter of course early in the case. After that, a party may only amend its pleading with the opposing party's written consent or the Court's leave. Id. However, "[t]he court should freely give leave when justice so requires." Id.

2.  **Rule 12(b)(6).**

Under Rule 12(b)(6), a dismissed Plaintiff should be granted leave to amend. Plaintiff incorporates by reference the relevant legal standard section of the pending Motion For Reconsideration, as if set forth verbatim herein. This includes Plaintiff's assertion of a constitutional right to amend after a 12(b)(6) dismissal, due to his *pro se* status.

## III.  ARGUMENT

Leave to amend would achieve multiple aims: it would give post-dismissal leave to amend, comport with the pleadings, rulings, and new evidence, and allow for the substitution of Mr. Palumbo for Defendant "Loki," as he has now been identified as the "ringleader." Additionally, the state-law claims require only a minimalist pleading due to the Amazon dismissal, and then only to preserve the issue for appeal, while liability under RICO still exists and needs to be pled to the extent that Copyright law does not offer remedy, as per the Court's ruling (which Plaintiff intends to appeal).

2

## IV. CONCLUSION

For the reasons set forth hereinabove, the instant motion should be **granted**.

This the 22nd day of August, 2017.

                                                       *[signature]*

                                                     Gordon Roy Parker, Pro Se
                                                     4247 Locust Street, #119
                                                     Philadelphia, PA  19104
                                                     (215) 921-4592

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,** a/k/a "Ray Gordon," d/b/a Snodgrass Publishing Group,<br><br>Plaintiff,<br>v.<br>**PAYPAL, INC.,** et al.<br>Defendants | **Case No: 16-4786-NIQA** |

## Amended CERTIFICATE OF SERVICE

I, Gordon Roy Parker, Plaintiff in the above-styled action, hereby attest that I have served, by **regular mail** (when not waived or hand delivered) a correct copy of the foregoing **Plaintiff's Supplemental Pleading, Amended Motion For Reconsideration,** and **Motion For Leave To File A Third Amended Complaint,** on the below-named parties, as follows:

| | | |
|---|---|---|
| Gary Green, Esq.<br>Sidkoff, Pincus, & Green<br>1101 Market Street, Suite 2700<br>Philadelphia, PA 19107<br>Attorney for Defendants Sofield/Payloadz<br>Personal Delivery (E-mail waiver) | Lynn E. Rzonca, Esq.<br>Ballard Spahr, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Attorney for Defendant PayPal<br>via **Hand Delivery** | Evan R. Luce, Esquire<br>Fox Rothschild, LLP<br>2000 Market St., 20th Fl.<br>Philadelphia, PA 19103<br>Attorney, Defendant C2S<br>via **Hand Delivery** |
| California Secretary of State<br>1500 11th Street<br>Sacramento, CA 95814<br>Substitute Service For<br>PUA Media Library, Inc.<br>by **Regular Mail** | CustomCD, Inc./Rimage<br>7725 Washington Ave. Sth<br>Minneapolis, MN 55439<br>Separately, Regular Mail)<br><br>Loki.net@gmail.com **(e-mail)** | Michael D. LaPuma<br>325 Chestnut Street<br>Philadelphia, PA 19106<br>Attorney for Amazon/AWS |

This the 22nd day of August, 2017.

Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(215) 921-4592