IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Gordon Roy Parker,**<br><br>                    Plaintiff,<br>v.<br><br>**PayPal, Inc. et al.,**<br><br>                    Defendants | **Case No: 16-4786** |

## NOTICE OF VOLUNTARY DISMISSAL OF
## ALL REMAINING DEFENDANTS PURSUANT TO FRCP 41(a)(1)(A)(i)

Gordon Roy Parker, **Plaintiff** in the above-styled action, hereby notifies this court of the voluntary dismissal of the remaining defendants in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This the 6th day of December, 2017.

GORDON ROY PARKER, Pro Se
4247 Locust Street, #119
Philadelphia, PA  19104
(215) 921-4592
snodgrasspublish@aol.com
PLAINTIFF

DEC - 6 2017

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,** a/k/a "Ray Gordon," d/b/a Snodgrass Publishing Group,<br><br>                Plaintiff,<br>v.<br><br>**PAYPAL, INC.,** et al.<br>                Defendants | **Case No: 16-4786-NIQA** |

## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, Plaintiff in the above-styled action, hereby attest that I have served (or, in the absence of amendment, will soon have served), by **regular mail** (when not waived or hand delivered) a correct copy of the foregoing **Plaintiff's Voluntary Notice of Dismissal and Request For Judgment On A Separate Document,** on the below-named parties, as follows:

| | | |
|---|---|---|
| Gary Green, Esq.<br>Sidkoff, Pincus, & Green<br>1101 Market Street, Suite 2700<br>Philadelphia, PA 19107<br>Attorney for Defendants Sofield/Payloadz<br>Personal Delivery (E-mail waiver) | Lynn E. Rzonca, Esq.<br>Ballard Spahr, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Attorney for Defendant PayPal<br>via **Hand Delivery** | Evan R. Luce, Esquire<br>Fox Rothschild, LLP<br>2000 Market St., 20th Fl.<br>Philadelphia, PA 19103<br>Attorney, Defendant C2S<br>via **Hand Delivery** |
| California Secretary of State<br>1500 11th Street<br>Sacramento, CA 95814<br>Substitute Service For<br>by **Regular Mail** | CustomCD, Inc./Rimage<br>7725 Washington Ave. Sth<br>Minneapolis, MN 55439<br>(Separately, Regular Mail)<br>Defendant | Michael D. LiPuma<br>325 Chestnut Street<br>Philadelphia, PA 19106<br>Attorney, Amazon/AWS |

Loki.net@gmail.com **(e-mail)**

This the 6th day of December, 2017.



Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(215) 921-4592