| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.* |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gordon Roy Parker | 16-4786  16-cv-4786 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Anthony Joseph Palumbo | Summons Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Anthony Joseph Palumbo

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3270 N. 37th St., Hollywood, FL 33021

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gordon Roy Parker
4247 Locust St.
Philadelphia, PA 19104

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

FILED DEC 28 2017 KATE BARKMAN, Clerk Dep. Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

There may be two Anthony Palumbos at the residence. The one to be served is approximately 38 years old.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 215-921-4593
DATE: Sept 19, 2017

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 66 | District to Serve<br>No. A04 | Signature of Authorized USMS Deputy or Clerk | Date 10/26/17 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 12-6-17
Time: 1140 am ☒

Signature of U.S. Marshal or Deputy: Sternberg #3880

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 11/13 no answer, left endeavor. 12/6/17 - made contact w/ the father Anthony Joseph Palumbo, his son is currently in the US Army, currently deployed. Returned unexecuted.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)<br>(Instructions Rev. 12/08) |
|---|---|---|