IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 16-4786** |
| **v.** | : | |
| | : | |
| **PAYPAL, INC.,** *et al.* | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 15th day of August 2018, in light of Plaintiff's *voluntary dismissal of all remaining defendants*, [ECF 94], the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*